# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| VINCE PICAR | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00355 HG-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ROBERTS HAWAII, INC. | October 5, 2022 |
| Defendant. | At 8 o'clock and 25 min a.m.<br>JOHN A. MANNLE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On October 5, 2022, the Court issued its ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION, ECF No. 50 (October 5, 2022 Order).

IT IS ORDERED AND ADJUDGED that this case is DISMISSED pursuant to and in accordance with the October 5, 2022 Order.  Further, the Clerk of Court is ordered to close the case.

| | |
|---|---|
| October 5, 2022 | JOHN A. MANNLE |
| Date | Clerk |
| | /s/ JOHN A. MANNLE by JI |
| | (By) Deputy Clerk |